**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000083
09-JAN-2023
08:17 AM
Dkt. 45 OAWST**

NO. CAAP-22-0000083

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

MELISSA LEIALOHA PANG CHING, fka MELISSA L. MAROTE,
Plaintiff-Appellee, v. CHADWICK JOSEPH MAROTE and
TRACIE MAMIE MAROTE, Defendants-Appellants

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 98-217)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of the Stipulation to Extend Time to Dismiss Appeal (**Stipulation to Extend Time**), filed September 30, 2022, by Plaintiff-Appellee Melissa Leialoha Pang Ching (**Pang Ching**), the Stipulation for Dismissal of Appeal With Prejudice (**Stipulation to Dismiss**), filed December 6, 2022, by Defendants-Appellants Chadwick Marote and Tracie Marote, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) in the Stipulation to Dismiss filed under Hawai‘i Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs associated with the appeal, except as otherwise provided in their settlement agreement; and (3) the Stipulation to Dismiss is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation to Dismiss is approved, and the appeal is dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs associated with the appeal, except as otherwise provided in their settlement agreement referenced in the Stipulation to Dismiss.

IT IS FURTHER ORDERED that the Stipulation to Extend Time is dismissed.

DATED:  Honolulu, Hawaiʻi, January 9, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge